IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| GARTH SULLIVAN, individually and on behalf of similarly situated persons,<br><br>Plaintiff,<br><br>v.<br><br>NICKO'S PIZZA, INC., and STEPHEN L. GFELL,<br><br>Defendants. | Case No. 1:22-cv-01534-CAB<br><br>JURY TRIAL DEMANDED |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Garth Sullivan, by and through the undersigned counsel and pursuant to F.R.C.P. 41(a)(1)(A)(i), hereby represents that he voluntarily dismisses his claims against NICKO'S PIZZA, INC., and Stephen L. Gfell in this action. Accordingly, Plaintiff hereby dismisses his claims against these Defendants in this action without prejudice and with each party to bear its own costs of court and attorneys' fees.

So Ordered.

*s/ Christopher A. Boyko*
Senior United States District Judge

Respectfully submitted,

/s/ Matthew R. McCarley
Matthew R. McCarley
Bar ID Number. 24041426
FORESTER HAYNIE, PLLC
400 N. St. Paul Street Suite 700
Dallas, Texas 75201
(214) 210-2100 phone
(469) 399-1070 fax
mccarley@foresterhaynie.com

**ATTORNEY FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE